## UNITED STATES DISTRICT COURT
### District of Massachusetts

| | | |
|---|---|---|
| MASSACHUSETTS MUSEUM OF CONTEMPORARY ART FOUNDATION, INC., | ) ) ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 07-30089-MAP |
| CHRISTOPH BUCHEL, | ) ) | |
| Defendant | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for the Plaintiff Massachusetts Museum of Contemporary Art Foundation, Inc., against the Defendant Christoph Buchel pursuant to the court's memorandum and order entered this date, granting the plaintiff's motion for summary judgment.

July 11, 2008 
Date

Sarah A. Thornton 
Clerk

By:  /s/ Maurice G. Lindsay 
Deputy Clerk